May 30, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1544 TCHOUPITOULAS, LLC                         CIVIL ACTION

VERSUS                                          NO. 06-1868

CENTURY SURETY CO., ET AL.                      SECTION "A"(4)


### ORDER AND REASONS

The **Motion for Reconsideration and/or New Trial (Rec. Doc.
60)** filed by plaintiff 1544 Tchoupitoulas, LLC is **DENIED** for the
reasons given in the Court's ruling on Defendant's motion for
summary judgment.  (Rec. Doc. 58).  All of the arguments
presented by Plaintiff were presented in Plaintiff's opposition
to Defendant's motion for summary judgment.  The Court considered
those arguments and carefully reviewed the record when issuing
its ruling on the motion for summary judgment.

* * * * * * * *